# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| GERALD L. BOWERS<br>*Plaintiff*<br>v.<br>DENALI STATE BANK, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 4:21-cv-00007-SLG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED:

 THAT this case is dismissed with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: December 3, 2021

               **Brian D. Karth**
               Brian D. Karth
               Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*