# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| GERALD L. BOWERS<br>*Plaintiff*<br>v.<br>DENALI STATE BANK, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:21-cv-00007-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed with prejudice. Defendant, Denali State Bank, is awarded attorney fees in the amount of $28,866.25 and defendant, First National Bank of Alaska, is awarded attorney fees in the amount of $9,323.75 and costs in the amount of $85.00.*

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: December 3, 2021

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

\* 2/4/2022: Regenerated with attorney fees and costs added.