# UNITED STATES DISTRICT COURT

## FOR THE

## SELECT DISTRICT

RECEIVED 2022 MAR 24 A 9 06 COURT OF APPEALS FEDERAL CIRCUIT

Gerald L. Bowers et al    , **Plaintiff,**

v.    Case No. 4:21-cv-00007-TMB

Denali State Bank et al    , **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the following party/parties* Gerald L. Bowers, Bowers Investment Company LLC, Bowers Office Products Inc, Yukon Maxi-Storage, Bowers General Construction in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 2/25/22.

Date: 3/17/22

Signature: *Gerald L Bowers*

Name: Gerald L. Bowers

Address: 1025 Blair Road

Fairbanks, AK 99701

Phone Number: 907-251-6253

Email Address: bowersoffice@mail.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

March 7, 2022

Gerald Bowers
1025 Blair Road
Fairbanks, AK 99701

>RE: Bowers, et al. v. Denali State Bank, et al.
>USDCAK No. 4:21-cv-00007-SLG

Dear Mr. Bowers:

The above-entitled petition for a writ of certiorari was postmarked February 25, 2022 and received March 7, 2022. The papers are returned for the following reason(s):

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:

Susan Frimpong
(202) 479-3039

Enclosures



# United States Court of Appeals
## for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Peter R. Marksteiner
Clerk of Court

Clerk's Office
202-275-8000

March 31, 2022

U.S. District Court for the District of Alaska
Clerk's Office
101 12th Avenue, Room 332
Fairbanks, AK 99701

RECEIVED
APR 06 2022
Clerk, U.S. District Court
Fairbanks, AK

RE: Bowers, et al v. Denali State Bank, et al
Case No: 4:21-cv-00007-SLG

Dear Clerk,

I am transmitting to your court correspondence received by the U.S. Court of Appeals for the Federal Circuit. We received the document on 3/24/2022.

Respectfully,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

Enclosures: Original document

Copy (w/o encl):

Gerald L. Bowers
1025 Blair Road
Fairbanks, AK 99701

