Michael S. McLaughlin
Kristin E. Crabb
Adam D. Harki
GUESS & RUDD P.C.
1029 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: (907) 793-2200
Fax: (907) 793-2299
mmclaughlin@guessrudd.com
kcrabb@guessrudd.com
aharki@guessrudd.com

Attorneys for Denali State Bank

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GERALD L. BOWERS,<br><br>Plaintiff,<br><br>vs.<br><br>DENALI STATE BANK and FIRST NATIONAL BANK ALASKA,<br><br>Defendants. | Case No. 4:21-cv-00007-SLG<br><br>SATISFACTION OF JUDGMENT |

WHEREAS, judgment entered in this action on the 3rd day of December, 2021 in favor of Denali State Bank and against Gerald L. Bowers, in the amount of $28,866.25, a certified copy of which was recorded on February 11, 2022 as Instrument No. 2022-002199-0, Books and Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska, and said judgment with interest and costs thereon having been

paid on or about October 28, 2022, and it being certified that there are no outstanding executions;

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED at Anchorage, Alaska, this 3rd day of November, 2022.

GUESS & RUDD P.C.
Attorneys for Denali State Bank

By: _____
Michael S. McLaughlin
Alaska Bar No. 8511137
Kristin E. Crabb
Alaska Bar No. 1011070
Adam D. Harki
Alaska Bar No. 1411095

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

On the 3rd day of November, 2022, before me personally came Adam D. Harki, to me known and known to be an attorney at the Law Offices of Guess & Rudd, P.C., attorneys for plaintiff Denali State Bank in the above-entitled action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that he executed the same.

_____
Notary Public in and for Alaska
My Commission Expires: 3/20/2024

Satisfaction of Judgment
*Bowers v. Denali State Bank, et al.,* Case No. 4:21-cv-00007-SLG
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2022,
a copy of the foregoing was served by First Class mail on:

Gerald L. Bowers, 1025 Blair Road, Fairbanks, AK 99701

and was served electronically on the same date on:

Bruce A. Moore, Esq.
Anna C. Crary, Esq.

Guess & Rudd P.C.

s/Adam D. Harki
\\gr1\sys\DATA\11365\53\Pleading\20 Satisfaction of Judgment.docx